**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**                            Case No. 2:14-CR-200 (19) and (29)
                                                            **JUDGE EDMUND A. SARGUS, JR.**

     v.

**JORGE LUGO (19),**
and
**VICTOR HUGO RODRIGUEZ ARROYO (29),**

      **Defendants.**

## ORDER

This matter is before the Court on the Government's Motion to Dismiss the Superseding Indictment and warrants without prejudice against Jorge Lugo and Victor Hugo Rodriguez Arroyo. (ECF No. 1000.)

For the reasons stated in the Motion, the Court **GRANTS** the Motion. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure the Superseding Indictment and Warrants pertaining to Jorge Lugo and Victor Hugo Rodriguez Arroyo are dismissed without prejudice.

**IT IS SO ORDERED.**

**10/18/2022**                                                        **s/Edmund A. Sargus, Jr.**
**DATED**                                                             **EDMUND A. SARGUS, JR.**
                                                                        **UNITED STATES DISTRICT JUDGE**